IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES VINCENT RICE,              )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )   CASE NO. CV421-041
                                   )
JERMAINE WHITE,                    )
                                   )
    Defendant.                     )
                                   )

O R D E R

Before the Court is the Magistrate Judge's April 12, 2021, Report and Recommendation (Doc. 11), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _18th_ day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA